# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-12-00030-CV

---

**In re Sabrina Oberg**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On the record before us, we cannot conclude that relator is entitled to the relief sought. *See* Tex. R. App. P. 52.7(a), 52.8(a). Because relator has failed to provide this Court with a record, including a copy of any motion or order from which she seeks relief, we cannot determine if relator is seeking relief from a final judgment from the county court or attempting to stay her eviction pending an appeal in the county court. *See* Tex. Prop. Code §§ 24.007, 24.0051 (West Supp. 2011). Further, we cannot determine whether relator has complied with any applicable interim rent or supersedeas bond requirements. *Id.* Consequently, we deny her petition for writ of mandamus and motion for temporary relief without prejudice.

Before Chief Justice Jones, Justices Henson and Goodwin

Filed:   January 26, 2012